PAPAGEORGE v. STATE. (6 Div. 75.) (Court of Appeals of Alabama. Jan. 9, 1923.)

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. Affirmed.